NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROVI GUIDES, INC.,**
*Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*

---

2019-1188

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00939.

---

**JUDGMENT**

---

KRISTINA CAGGIANO KELLY, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by JASON DANIEL EISENBERG, BYRON LEROY PICKARD.

BLAIR A. SILVER, Banner & Witcoff, Ltd., Washington, DC, argued for appellee. Also represented by FREDERIC MEEKER, JOHN HARRIS CURRY, JOHN R. HUTCHINS, BRADLEY CHARLES WRIGHT; BRIAN JAMES SPRINGER,

Munger, Tolles & Olson LLP, Los Angeles, CA; GINGER ANDERS, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court